IT IS SO ORDERED.

s/Dan Aaron Polster
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Date: 2/20/2025

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITTIGATION<br><br>This document relates to:<br><br>MICHAEL KLODZINSKI<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Case No. 1:18-OP-45938 | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michael Klodzinski (Plaintiff) by and through its undersigned counsel, voluntarily dismisses all Defendants from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees, and reserving to Plaintiff as to all others. Defendants have not answered Plaintiff's complaint and has not moved for summary judgment.

Dated: October 13, 2023

Respectfully Submitted,

/s/ Alex Dravillas
Alex Dravillas (IL Bar # 6299686)
ajd@kellerpostman.com
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Attorney for Plaintiff Michael Klodzinski